# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

ANDRES FELIPE PINEDA MOGOLLON

Defendant.

CASE NUMBER   2:25-MJ-08187-JSA-1

## JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

The defendant, ANDRES FELIPE PINEDA MOGOLLON, was represented by STEPHEN TURANO.

The defendant pleaded guilty to the COMPLAINT on 12/4/2025.  Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
| --- | --- | --- | --- |
| 18:751(a) | ESCAPE FROM THE CUSTODY OF AN INSTITUTION OR OFFICER | 6/12/2025 | 1 |

As pronounced on December 04, 2025, the defendant is sentenced as provided in pages 2 through 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must pay to the United States a special assessment of $25.00 for Count 1 of the Complaint, which shall be due immediately.  Said special assessment shall be made payable to the Clerk, U.S. District Court.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Signed this  4th  day of December, 2025.

Jessica S. Allen
United States Magistrate Judge

90033

Defendant: ANDRES FELIPE PINEDA MOGOLLON
Case Number: 2:25-MJ-08187-JSA-1

Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Time Served.

The defendant will remain in custody pending service of sentence.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal